**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**KENNETH BYRD,**

    **Plaintiff,**

    v.

**WALMART, INC., et al.,**

    **Defendants.**

Case No. 1:25-cv-673

**JUDGE DOUGLAS R. COLE**

## ORDER

The Court, upon review of the record, notes that the above-styled case was erroneously filed in the Western Division of the Southern District of Ohio at Cincinnati.

The case is hereby **TRANSFERRED** from the docket of the Honorable Douglas R. Cole to the Office of the Clerk for reassignment to the Western Division of the Southern District of Ohio at Dayton.

    **SO ORDERED.**

September 15, 2025
**DATE**

                                                  **DOUGLAS R. COLE**
                                                  **UNITED STATES DISTRICT JUDGE**